**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

IN RE:

MARK A. MULLINS,                                    CASE NO.:  05-50484-LMK

  Debtor.                                                    CHAPTER:  7
_____/

**ORDER DENYING MOTION TO AVOID LIEN**

THIS MATTER having come before the Court on the Debtor's September 15, 2006 Motion to Avoid Lien (Doc. 154) and January 24, 2007 related Memorandum of Law (Doc. 213), and the Court having entered its Opinion Denying Debtor's Motion to Avoid Lien, it is hereby

ORDERED and ADJUDGED that the Debtor's Motion to Avoid Lien (Doc. 154) is DENIED.

DONE and ORDERED in Tallahassee, Florida this 27th day of March, 2007.

LEWIS M. KILLIAN, JR.
Chief United States Bankruptcy Judge

cc:  All parties in interest